OPINION — AG — **** SECURITIES OF UNITED STATES GOVERNMENT AS USED IN 11 O.S. 1970 Supp., 382 [11-382] REFERS TO DIRECT OBLIGATIONS **** "SECURITIES OF THE UNITED STATES GOVERNMENT" AS USED IN 11 O.S. 1970 Supp., 382 [11-382], REFERS ONLY TO DIRECT OBLIGATIONS OF THE UNITED STATES GOVERNMENT AND DOES NOT INCLUDE OBLIGATIONS OR SECURITIES EVEN THOUGH GUARANTEED BY THE UNITED STATES GOVERNMENT. CITE: 36 O.S. 1970 Supp., 1607 [36-1607] (GARY M. BUSH)